In accordance with the order issued by this court remanding this cause to the *Page 568 
trial court under the authority of Ex parte Jackson, [Ms. 84-1112, December 19, 1986] (Ala. 1986), a hearing was held to determine whether the prosecution could come forward with any race-neutral explanations for striking blacks from the jury and to determine whether or not the facts established a prima facie case of purposeful discrimination. The district attorney's office, at the hearing, was unable to state why blacks were struck from the venire and the prosecutor had no recollection as to why the blacks were struck. Therefore, the trial court correctly decided that the appellant was entitled to a new trial under Batson v. Kentucky, 476 U.S. ___, 106 S.Ct. 1712,90 L.Ed.2d 69 (1986).
OPINION EXTENDED; APPEAL DISMISSED.
All the Judges concur.